**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MIDAS GREEN TECHNOLOGIES, LLC,** *Plaintiff* | § § § § § | |
| | § | **No.  1:23-CV-00159-DAE** |
| **v.** | § § | |
| **EDGE DATA SOLUTIONS, INC.,** *Defendant* | § § § | |

**ORDER**

On May 14, 2024, Plaintiff Midas Green Technologies, LLC, filed a Motion to Compel Discovery Responses. Dkt. 31. Defendant Edge Data Solutions, Inc., did not file a response by May 21, 2024, as required by Local Rule CV-7(d)(2). On June 20, 2024, this Court entered an Order requiring Edge Data to respond to Midas's Motion to Compel. Dkt. 33, at 1. Edge Data was warned that failure to do so may result in the Motion to Compel, Dkt. 31, being granted. *Id.*

To date, Edge Data has not replied to Midas's Motion to Compel, Dkt. 31. Accordingly, the Court **GRANTS** Midas's Motion to Compel. *See* Local Rule CV-7(d)(2) ("If there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed.").

Midas also requests attorney's fees incurred in bringing its Motion to Compel. Dkt. 31, at 2. Attorney's fees are warranted under Federal Rule of Civil Procedure 37(a)(5)(A) (providing that if a motion to compel discovery is granted, "the court must, after giving an opportunity to be heard, require the party or deponent whose conduct

1

necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees). Accordingly, Midas is instructed to file a Motion for Attorney's Fees.

SIGNED July 19, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE