**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC, | § | No. 1:23-CV-159-DAE |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | |
| EDGE DATA SOLUTIONS, INC., | § | |
| | § | |
| *Defendant.* | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation ("the Report") submitted by United States Magistrate Judge Dustin M. Howell. (Dkt. # 47.) Neither party has objected to the Report. The Court finds this matter suitable for disposition without a hearing. After reviewing the Report, the Court **ADOPTS** Magistrate Judge Howell's recommendations and **GRANTS** Plaintiff's Motion for Default Judgment. (Dkt. # 46.)

BACKGROUND

The Court recites the background facts as stated by the Magistrate Judge. (Dkt. # 47.) Plaintiff Midas Green Technologies, LLC ("Midas") sued Defendant Edge Data Solutions, Inc. ("EDSI") for breach of contract, seeking to

enforce EDSI's obligation to pay for 180 cooling tanks and related equipment that Midas delivered under the parties' agreement. (Dkt. # 47.) EDSI did not answer or otherwise appear, and the Clerk of Court entered default judgment against EDSI. (Dkt. # 47.) The Court entered Final Judgment on July 31, 2023, but later set aside the default judgment after EDSI retained counsel and moved to set it aside. (Dkt. # 47.) EDSI then filed an Answer and Counterclaim, failed to amend its pleading after the Court granted in part Midas's Motion to Strike and Dismiss the Counterclaim, and lost its counsel to withdrawal. (Dkt. # 47.) EDSI further failed to respond to Midas's discovery requests, comply with the Court's discovery order, respond to Midas's Motion for Summary Judgment, or appear at a court-ordered status conference. (Dkt. # 47.) The Clerk again entered Default against EDSI on December 22, 2025. (Dkt. # 47.) Midas now moves for Default Judgement on its breach-of-contract claim and seeks damages of $614,233.83, plus reasonable attorneys' fees and costs. (Id.)

Magistrate Judge Howell found that default judgment is procedurally warranted, that Midas's Complaint is sufficient to establish its right to relief on its breach-of-contract claim, and that Midas is entitled to damages, attorneys' fees, and prejudgment and post-judgment interest. (Dkt. # 47.) Magistrate Judge Howell recommended that the Court grant Midas's motion, enter default judgment against EDSI, and award Midas damages of $614,233.83, attorneys' fees of

$43,285.00, contingent appellate fees of $25,000.00, and prejudgment and post-judgment interest. (Dkt. # 47.) Magistrate Judge Howell filed his Report on June 2, 2026. (Dkt. # 47.) Neither party has filed objections.

DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusions that default judgment is procedurally warranted, that Midas's Complaint establishes its right to relief, and that the requested damages, attorneys' fees, and interest are recoverable are appropriate, reasonable, and absent of clear error. (Dkt. # 47.) The Court determines that the Magistrate Judge's conclusions are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Report and Recommendation by the Magistrate Judge as the opinion of the Court. The Court **GRANTS** Plaintiff's Motion for Default Judgment. (Dkt. # 46.)

The Clerk of Court is hereby **INSTRUCTED TO ENTER DEFAULT JUDGMENT** in favor of Midas against EDSI and to award Midas (1) damages of $614,233.83, as well as prejudgment and post-judgement interest; (2)

attorneys' fees of $43,285.00; (3) and contingent attorneys' fees of $25,000. The Clerk of Court is further instructed to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

DATE: Austin, Texas, November 17, 2026.

David Alan Ezra
Senior United States District Judge